**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HANNELORE M. HOFFMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.;<br>RECONTRUST COMPANY, N.A.;<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC. [MERS]; FIRST<br>AMERICAN TITLE; CHARLOTTE OLMOS;<br>and DOES 1-25 CORPORATIONS, DOES<br>and ROES 1-25 Individuals,<br>Partnerships, or anyone claiming<br>any interest to the property<br>described in the action<br><br>    Defendants. | 3:11-CV-00201-ECR-WGC<br><br>**Order** |

On March 28, 2012, Defendants Countrywide Home Loans, Inc. ("Countrywide"), Recontrust Company, N.A. ("ReconTrust"), and Mortgage Electronic Registration Systems, Inc. ("MERS") filed a motion for clarification (#25) of the Court's previous Order (#24) dismissing Plaintiff's complaint with leave to amend.

Pursuant to Federal Rule of Civil Procedure 60(a), "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record."

The Court agrees with Defendants that the previous Order (#24) contained clerical errors rendering it ambiguous.  As was apparent from the analysis in the Court's Order (#24), Plaintiff was not and will not be given leave to amend her sixth cause of action for a quiet title action and the portion of the seventh cause of action regarding fraud through omission.  Further, Plaintiff was given leave to amend the portion of the seventh cause of action regarding fraud in the inducement.  Accordingly, the Court will submit an amended order so that the conclusions therein will match the analysis in its body.

Further, the Court will further clarify here that Plaintiff has not and will be not granted leave to amend the following claims stated in the original complaint (#1-3): (1) Debt Collection Violations; (2) Violation of Unfair and Deceptive Trade Practice Act; (3) Violation of Unfair Lending Practices, N.R.S. 598D.100; (5) Violation of NRS 107.080 et seq.; (6) Quiet Title Action; (7) Fraud Through Omission; (8) Slander of Title; (9) Abuse of Process.  Plaintiff has been granted leave to amend the following claims: (4) Violation of the Covenant of Good Faith and Fair Dealing; and (7) Fraud in the Inducement.

**IT IS, THEREFORE, HEREBY ORDERED** that Defendants Countrywide, ReconTrust, and MERS's motion for clarification (#25) is **GRANTED**.

2

**IT IS FURTHER ORDERED** that Plaintiff shall have fourteen (14) days within which to file an amended complaint.

DATED: May 3, 2012.

_____
UNITED STATES DISTRICT JUDGE